## COUCH v. BAREFOOT

Robert Couch pl$^t$ against Walter Barefoot Defend$^t$ according to Attachm$^t$ Dat y$^e$ 25th of July 1671 the case beeing called the plantiff not appearing was declared non suited

## KELLY v. BLOWER

Rodger Kelly plantiff against John Blower Defend$^t$ in an action of vnjust molestacion in attaching & captiuating his person & also his fishing shallop in the cheefe$^1$ of fishing for a considerable' tyme by which his men broke ofe from him which were much indebted to him to his great & vnsufferable Damage in a vexatiose manner & without any grounds according to Attachm$^t$ Dated the 10th of Octob$^r$ 1671 . . . the Jurie brought in their verdict they found for y$^e$ defend$^t$ Costs of Court

The Court considering Rodger Kelly$^s$ vexatiose suite ags$^t$ John Blower sentanc$^d$ him to pay forty shillings fine in money to the County according to Law & treble Damages to the John Blower the Defend$^t$.

## GOLDEN v. CLEMENTS

Peter Golden Attourney of Walter Barefoot pl$^t$ against Edward Clements Defend$^t$ in an Action of the case for not payeing a debt of twenty one pounds & od money owned by the said Clements due by bill or soe much as shall appeare by bill or witnes & due interest & all others due Damages according to Attachm$^t$ Dated the 24th of July 1671 . . . the Jurie . . . found for y$^e$ Defend$^t$ Costs of Court the plantiff appealed from this Judgm$^t$ [7] to the next Court of Assistants & Cap$^t$ Walter Barefoot in twenty pounds & Isaac Woodie & George Broughton in tenn pounds apeice acknowledged themselves bound to . . . prosecute his appeale . . .

[ "Captain Walter Barefoot chirurgeon" was a well-known planter of Dover, N. H., which at this time was included in the Massachusetts jurisdiction. The facts of this case are explained by the following documents and depositions, together with Barefoot's reasons of appeal and Clements' answer. The Commissioner's Court mentioned in the deposition of Elias Stileman is one of the few references we have at this period to a special court instituted in 1651 in order to relieve the County Court.

---

$^1$ Height. See New English Dictionary, "Chief," sb.9.